United States District Court
Southern District of Texas
FILED

JUN 0 9 2015

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | Criminal No. **M-15-710** |
| | § | |
| GUADALUPE TREVINO, III | § | |
| GUADALUPE TREVINO, JR. | § | |
| HIRAM MEDINA-RODRIGUEZ | § | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### Count One

From on or about February 6, 2015 to on or about May 12, 2015, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**GUADALUPE TREVINO, III**
**GUADALUPE TREVINO, JR.**
**and**
**HIRAM MEDINA-RODRIGUEZ**

did knowingly and intentionally conspire and agree together and with other person or persons known and unknown to the Grand Jurors, to possess with intent to distribute a controlled substance. The controlled substance involved was 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance and 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

### Count Two

On or about May 11, 2015, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**GUADALUPE TREVINO, III**
**and**
**GUADALUPE TREVINO, JR.**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 500 grams or more, that is, approximately 34.7 kilograms of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

### Count Three

On or about May 11, 2015, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**GUADALUPE TREVINO, III**
**and**
**GUADALUPE TREVINO, JR.**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 5 kilograms or more, that is, approximately 27 kilograms of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

### Count Four

On or about February 6, 2015, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**HIRAM MEDINA-RODRIGUEZ**

did knowingly and intentionally possess with intent to distribute a controlled substance. The

controlled substance involved was 500 grams or more, that is, approximately 60 kilograms of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON

KENNETH MAGIDSON
UNITED STATES ATTORNEY


_Robert Wells_
ASSISTANT UNITED STATES ATTORNEY